# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

### January 25, 2012.

### Case No. CIV S-11-1720 GEB EFB PS

### SERGEI PORTNOY
Plaintiff,

### Vs.

### CITY OF WOODLAND, et al.,
Defendants.



---

## PLAINTIFF MOTION TO QUASH, DEFENDANT'S SUBPOENAS DUCES TECTUM TO

### USAA Federal Saving Bank;
**Records of: Karina Arutyunova (Special)**

### River City Bank;
**Records of: Elena Portnoy (Special)**

### SBC Global;
**Records of: portnoy@sbcglobal.net (Special)**

### Department of Motor Vehicles (Legal Affairs)-1
**Records of: Portnoy Sergei (Special)**

### Department of Motor Vehicles (Legal Affairs)-1
**Records of: Elena Portnoy (Special)**

### Department of Motor Vehicles (Legal Affairs)-1
**Records of: Karina Arutyunova (Special)**

### Employment Development Department-1
**Records of: Karina Arutyunova (Special)**

---

1

# INTRODUCTION

Plaintiff, Sergei Portnoy, requests an order quashing Defendant's subpoenas to related to his own personal information and to third parties informations, Elena Portnoy and Karina Arutyunova, on the grounds that the subpoenas, as served seek confidential information of personal records and documents non-parties of the presented case, seek wholly irrelevant information that does not relate to any claims in this action.  (See Attachment)

# BACKGROUND

Plaintiff filed complaint with U.S. District Court against Defendants, for violation of his rights secured by amendments Four and Five constitution of the United States and supplemental violations of California Law.

Plaintiff alleged that on February 23, 2011, on or about 11:AM he was **warrantless arrested in his residence, residence was searched without warrant, and he was imprisonment.** Plaintiff was detaining in Yolo County jail about 55 hours. Plaintiff's child was transferred to foster home where spend about 5 days.

# LEGAL STANDARD

Under Federal Rules of Civil Procedure, "the court may quash or modify [a] subpoena if compliance would be unreasonable or oppressive."

## <u>The Subpoenas Isn't Relevant To Issues Of Complaint</u>

Plaintiff's complaint, seek damages for alleged **warrantless** arrest and searches in Plaintiff's residence. Based on these allegations, requested by Defendant information isn't relevant to issues of the complaint. The subpoenas as issued; however, seek the following information:

1. All application, bank statements, deposit statements, deposit slips, transaction records, account activity records, signature cards, checks written on the account, and/or any other related writing for the time period of 08/01/2010 to the present. Account number 021-4.   **(Accountholder Karina Arutyunova)**

2. All applications, bank statements, deposit statements, deposit slips, transaction records, account activity records, signature cards, checks written on the account, and/or any other related writing for the time period beginning on the origination date of the account to the present. Account number        4507. **(Accountholder Elena Portnoy)**

3. Internet account information from sbc global regarding domain: portnoy@sbcglobal.net. Any and all information and/or documents relating to name, address, and contact information of the person who opened the account.

4. Driver license number: A9240890, license applications, vehicle registration records, vehicle licenses, signature cards, photographs, and all documents related to **Sergei Portnoy** from all California department of motor vehicles.

5. Driver license number: D2499650, license applications, vehicle registration records, vehicle licenses, signature cards, photographs, and all documents related to **Elena Portnoy** from all California department of motor vehicle locations.

6. Driver license number A9240889, license applications, vehicle registration records, vehicle licenses, signature cards, photographs, and all documents related to **Karina Arutyunova** from all California department of motor vehicle locations.

7. All record related to any application for unemployment benefits, unemployment checks, or a correspondence, and/or related writings pertaining to **Karina Arutyunova** (DOB:        1963, SSN# 2082).

## CONCLUSION

Plaintiff, respectfully request that this Court quash the all seven subpoenas that have been issued by Defendants in this matter.

Respectfully submitted,

*Sergei Portnoy*

Sergei Portnoy.

## SERTIFICATE OF SERVICE

I hereby certify that on January 25, 2012, I mailed Plaintiff's motion to quash subpoena to the Defendant's attorney:

John Lavra

3620 American River Drive, Suite 230

Sacramento, CA 95864-5923

Sergei Portnoy.

*Sergei Portnoy*

4

# ATACHMENT

Sergei  Portnoy, In Pro Per
125 Kern Avenue
Woodland, CA  95695
**ATTN: Sergei Portnoy**
90037

Re: <u>Sergei Portnoy v. City of Woodland, et al.</u>

| | |
|---|---|
| **Case Number:** | CIV S-11-1720 GEB EFB PS |
| **UNISOURCE Order Number:** | 90037 |

# UNISOURCE

## DISCOVERY

### DIGITAL DOCUMENT RETRIEVAL

2698 JUNIPERO AVE. #200
SIGNAL HILL, CA 90755
OFFICE: 562-426-3400                    FAX: 888-561-0040

01/17/12

Sergei  Portnoy, In Pro Per
125 Kern Avenue
Woodland, CA  95695
ATTN: Sergei Portnoy

| | |
|---:|:---|
| **Case Name:** | Sergei Portnoy v. City of Woodland, et al. |
| **Case No:** | CIV S-11-1720 GEB EFB PS |
| **Ordering Party:** | Longyear, O'Dea & Lavra |
| **Ordering Party Contact:** | John Lavra |

---

**UNISOURCE DISCOVERY Order No: 90037**

---

The above counsel has requested that records be subpoenaed in the aforementioned case. As
you are a party to this matter, copies of the subpoenas are enclosed. Exact copies of the records
being requested from each location can be ordered by using the enclosed order form.

**Pricing is as follows:**

Records/Affidavit of No Record:          $60

## Fees must be received in advance

Please mail your check or money order and order form(s) to the following address:

Unisource Discovery
ATTN: Additional Counsel Order Desk.
P.O. Box 90939
Long Beach, CA 90809-0939

\* We do not ship COD.
\* We will not be able to contact you to inform you that records have been copied.
\* You will not be penalized for ordering records after they have been copied.
\* We do not refund fees when cases are settled or when Affidavits of No Records are received.

Feel free to contact us at anytime with any questions and **thank you for your order.**

Sincerely,

**UNISOURCE DISCOVERY**

Enclosure

S:\Unisource Templates\Other Counsel Cover Letter.dot v2

01/17/12

Sergei Portnoy, In Pro Per
125 Kern Avenue
Woodland, CA 95695

**Federal Tax ID #: 91-2111270**



**UNISOURCE**
DISCOVERY
DIGITAL DOCUMENT RETRIEVAL

**Order Form**

**Case Name:** Sergei Portnoy v. City of Woodland, et al.
**Unisource Discovery Order No:** 90037

| Location | Records or Certificate of No Records |
|---|---|
| **1. USAA Federal Savings Bank**<br>Records of: Karina Arutyunova (Special) | ☐ **$60** |
| **2. River City Bank**<br>Records of: Elena Portnoy (Special) | ☐ **$60** |
| **3. SBC Global**<br>Records of: portnoy@sbcglobal.net (Special) | ☐ **$60** |
| **5. Department of Motor Vehicles (Legal Affairs) - 1**<br>Records of: Sergei Portnoy (Special) | ☐ **$60** |
| **6. Department of Motor Vehicles (Legal Affairs) - 1**<br>Records of: Elena Portnoy (Special) | ☐ **$60** |
| **7. Department of Motor Vehicles (Legal Affairs) - 1**<br>Records of: Karina Arutyunova (Special) | ☐ **$60** |
| **8. Employment Development Department - 1**<br>Records of: Karina Arutyunova (Special) | ☐ **$60** |

AO 88 (Rev.11/94) Subpoena in a Civil Case

Issued by the

# United States District Court

EASTERN DISTRICT OF CALIFORNIA

Sergei Portnoy

          Plaintiff(s),

    V.

City of Woodland, et al.

          Defendant(s)

**SUBPOENA IN A CIVIL CASE**

**Case Number:** CIV S-11-1720 GEB EFB PS

TO:  USAA Federal Savings Bank

❑   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | DATE AND TIME |

❑   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition      in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| | |

☒   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the date and time specified below.
**Records on:** Karina Arutyunova
**DOB:**      63
**SSN:** XXX-XX-2082
**(See Attached)**

| PLACE | DATE AND TIME | |
| --- | --- | --- |
| Unisource Discovery<br>2698 Junipero Ave. #200<br>Signal Hill, CA 90755 | 02/15/12 | 10am |

❑   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAIINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| Attorney for Defendant | 01/17/12 |

| ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER | |
| --- | --- |
| John Lavra<br>Longyear, O'Dea & Lavra<br>3620 American River Dr., # 230<br>Sacramento, CA  95864 | 916-974-8500 |

(see Rule 45, Federal Rules of Civil Procedure, parts C&D on reverse)

AO 88 (Rev.11/94) Subpoena in a Civil Case

| PROOF OF SERVICE | | |
|---|---|---|
| | DATE | PLACE |
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS:

(1)   A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)

a. A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspections of premises need not appear in person at the place of productions or inspection unless commanded to appear for deposition, hearing or trial.

b. Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service, serve upon the party or attorney designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the productions. Such an order to comply productions shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)

a.  On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

i. Fails to allow reasonable time for compliance.

ii. Requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

iii. Requires disclosure of privileged of other protected matter and no exception or waiver applies, or

iv. Subjects a person to undue burden.

b. If a subpoena

i. Requires disclosure of a trade secret or other confidential research, development or commercial information, or

ii. Requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

iii. Requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonable compensated, the court may order appearance or production only upon specific conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA

iv. A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in demand.

v. When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as a trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**Records on:** Karina Arutyunova

<u>**Attachment**</u>

ALL APPLICATIONS, BANK STATEMENTS, DEPOSIT STATEMENTS, DEPOSIT SLIPS, TRANSACTION RECORDS, ACCOUNT ACTIVITY RECORDS, SIGNATURE CARDS, CHECKS WRITTEN ON THE ACCOUNT, AND/OR ANY OTHER RELATED WRITING FOR THE TIME PERIOD OF 08/01/2010 TO THE PRESENT. ACCOUNT NUMBER        021-4.

| Attorney or Party without attorney:<br>**Longyear, O'Dea & Lavra**<br>**3620 American River Dr., # 230**<br>**Sacramento, CA  95864**<br>Attorney for: **Defendants, CITY OF WOODLAND, et al.** | Telephone number:<br>**916-974-8500** | For Court Use Only: |
|---|---|---|
| Name of court: **United States District Court, Eastern District of California**<br>Post office & **Eastern District of California**<br>Street Address: **501 I St. #14-200, Sacramento, CA  95814** | | |
| Plaintiff/Petitioner: **Sergei Portnoy**<br>Defendant/Respondent: **City of Woodland, et al.**<br>Case Number: **CIV S-11-1720 GEB EFB PS** | | |
| **Notice of Deposition** | | |

**Notice to all Parties and their Attorney(s):**

1. The production of documents by Custodian of Records of businesses will be required as follows:

|  | Date | Time |
|---|---|---|
| **USAA Federal Savings Bank**<br>, San Antonio, TX  78288 | **02/15/12** | **10:00 AM** |

**No deposition testimony will be taken,** the deponent need not appear if he or she complies with Evidence Code Sections 1560 through 1566, and Code of Civil Procedure Section 2018 through 2021. True, legible and durable copies of all documents described in the Affidavit supporting the Subpoena Duces Tecum, which are certified by the above named Custodian will be accepted as sufficient compliance by said Custodian.

Date: 01/17/12

John Lavra
_____
(Type or Print Name)

_____
(Signature)
Attorney at Law
(Title)

| Attorney or Party without attorney:<br>**Longyear, O'Dea & Lavra**<br>**3620 American River Dr., # 230**<br>**Sacramento, CA  95864**<br>Attorney: **John Lavra** | Telephone Number:<br>**916-974-8500** | For Court Use Only |
|---|---|---|
| Name of Court: **United States District Court, Eastern District of California**<br>Post Office & **Eastern District of California**<br>Street Address: **501 I St. #14-200, Sacramento, CA 95814** | | |
| Plaintiff/Petitioner: **Sergei Portnoy**<br>Defendant/Respondent: **City of Woodland, et al.** | | |
| **AFFIDAVIT FOR SUBPOENA DUCES TECUM** | | Case Number: **CIV S-11-1720 GEB EFB PS** |

**1. Custodians for the following businesses are requested to produce records at: (see subpoena item 1)**
**USAA Federal Savings Bank**

**2. Custodian has possession and control of the following records:**

All applications, bank statements, deposit statements, deposit slips, transaction records, account activity records, signature cards, checks written on the account, and/or any other related writing for the time period of 08/01/2010 to the present. Account number 021-4.

> **Records of:** Karina Arutyunova
> **Date of Birth:**      63
> **Social Security #:** XXX-XX-2082
> **AKA:**

**3. These records are material to the issues in this case.**
> These records are material to the issues in this case in that they are necessary and relevant to prove the nature and extent of injuries and/or damages alleged by the plaintiff in this lawsuit.

**4. Good cause exists for their production.**
> Good cause exists for their production under Subpoena Duces Tecum in that they contain factual information relating to the nature and extent of injuries and/or damages alleged by the plaintiff in this lawsuit.

**I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on 01/17/12.**

| John Lavra | |S| John Lavra |
|---|---|
| Name of Declarant | Signature of Declarant |

AO 88 (Rev.11/94) Subpoena in a Civil Case

Issued by the

# United States District Court

EASTERN DISTRICT OF CALIFORNIA

Sergei Portnoy

Plaintiff(s),

VI.

**SUBPOENA IN A CIVIL CASE**

City of Woodland, et al.

**Case Number:** CIV S-11-1720 GEB EFB PS

Defendant(s)

TO:  River City Bank

❑     YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

❑     YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition        in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒     YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the date and time specified below.
**Records on:** Elena Portnoy
**DOB:**       71
**SSN:** XXX-XX-
**(See Attached)**

| PLACE<br>Unisource Discovery<br>2698 Junipero Ave. #200<br>Signal Hill, CA 90755 | DATE AND TIME<br>02/15/12 | 10am |
|---|---|---|

❑     YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAIINTIFF OR DEFENDANT)<br><br>Attorney for Defendant | DATE<br>01/17/12 |
|---|---|
| ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER<br>John Lavra<br>Longyear, O'Dea & Lavra<br>3620 American River Dr., # 230<br>Sacramento, CA  95864 | 916-974-8500 |

(see Rule 45, Federal Rules of Civil Procedure, parts C&D on reverse)

AO 88 (Rev.11/94) Subpoena in a Civil Case

| PROOF OF SERVICE | | |
|---|---|---|
| | DATE | PLACE |
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS:

(4)   A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(5)

a. A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspections of premises need not appear in person at the place of productions or inspection unless commanded to appear for deposition, hearing or trial.

b. Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service, serve upon the party or attorney designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the productions. Such an order to comply productions shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(6)

a.   On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

i.Fails to allow reasonable time for compliance.

ii.Requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

iii.Requires disclosure of privileged of other protected matter and no exception or waiver applies, or

iv.Subjects a person to undue burden.

b. If a subpoena

i.Requires disclosure of a trade secret or other confidential research, development or commercial information, or

ii.Requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

iii.Requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonable compensated, the court may order appearance or production only upon specific conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA

iv.A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in demand.

v.When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as a trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**Records on:** Elena Portnoy

## Attachment

ALL APPLICATIONS, BANK STATEMENTS, DEPOSIT STATEMENTS, DEPOSIT SLIPS, TRANSACTION RECORDS, ACCOUNT ACTIVITY RECORDS, SIGNATURE CARDS, CHECKS WRITTEN ON THE ACCOUNT, AND/OR ANY OTHER RELATED WRITING FOR THE TIME PERIOD BEGINNING ON THE ORIGINATION DATE OF THE ACCOUNT TO THE PRESENT. ACCOUNT NUMBER       4507.

| Attorney or Party without attorney:<br>**Longyear, O'Dea & Lavra**<br>**3620 American River Dr., # 230**<br>**Sacramento, CA  95864**<br>Attorney for: **Defendants, CITY OF WOODLAND, et al.** | Telephone number:<br>**916-974-8500** | For Court Use Only: |
|---|---|---|
| Name of court: **United States District Court, Eastern District of California**<br>Post office & **Eastern District of California**<br>Street Address: **501 I St. #14-200, Sacramento, CA  95814** | | |
| Plaintiff/Petitioner: **Sergei Portnoy**<br>Defendant/Respondent: **City of Woodland, et al.**<br>Case Number: **CIV S-11-1720 GEB EFB PS** | | |
| **Notice of Deposition** | | |

**Notice to all Parties and their Attorney(s):**

1. The production of documents by Custodian of Records of businesses will be required as follows:

|  | Date | Time |
|---|---|---|
| **River City Bank**<br>199 Main Street, Woodland, CA  95695 | **02/15/12** | **10:00 AM** |

**No deposition testimony will be taken,** the deponent need not appear if he or she complies with Evidence Code Sections 1560 through 1566, and Code of Civil Procedure Section 2018 through 2021. True, legible and durable copies of all documents described in the Affidavit supporting the Subpoena Duces Tecum, which are certified by the above named Custodian will be accepted as sufficient compliance by said Custodian.

Date: 01/17/12

<u>John Lavra</u>
(Type or Print Name)

_____
(Signature)
Attorney at Law
(Title)

| Attorney or Party without attorney:<br>**Longyear, O'Dea & Lavra**<br>**3620 American River Dr., # 230**<br>**Sacramento, CA  95864**<br>Attorney: **John Lavra** | Telephone Number:<br>**916-974-8500** | For Court Use Only |
|---|---|---|
| Name of Court: **United States District Court, Eastern District of California**<br>Post Office & **Eastern District of California**<br>Street Address: **501 I St. #14-200, Sacramento, CA 95814** | | |
| Plaintiff/Petitioner: **Sergei Portnoy**<br>Defendant/Respondent: **City of Woodland, et al.** | | |
| **AFFIDAVIT FOR SUBPOENA DUCES TECUM** | | Case Number: **CIV S-11-1720 GEB EFB PS** |

**1. Custodians for the following businesses are requested to produce records at: (see subpoena item 1)**
**River City Bank**

**2. Custodian has possession and control of the following records:**

All applications, bank statements, deposit statements, deposit slips, transaction records, account activity records, signature cards, checks written on the account, and/or any other related writing for the time period beginning on the origination date of the account to the present. Account number       4507.

**Records of:** Elena Portnoy
**Date of Birth:**       71
**Social Security #:** XXX-XX-
**AKA:**

**3. These records are material to the issues in this case.**
These records are material to the issues in this case in that they are necessary and relevant to prove the nature and extent of injuries and/or damages alleged by the plaintiff in this lawsuit.

**4. Good cause exists for their production.**
Good cause exists for their production under Subpoena Duces Tecum in that they contain factual information relating to the nature and extent of injuries and/or damages alleged by the plaintiff in this lawsuit.

**I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on 01/17/12.**

| John Lavra | |S| John Lavra |
|---|---|
| Name of Declarant | Signature of Declarant |

AO 88 (Rev.11/94) Subpoena in a Civil Case

Issued by the
# United States District Court

EASTERN DISTRICT OF CALIFORNIA

Sergei Portnoy

Plaintiff(s),

VII.                                              **SUBPOENA IN A CIVIL CASE**

City of Woodland, et al.                          **Case Number:** CIV S-11-1720 GEB EFB PS

Defendant(s)

TO: SBC Global

❑  YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |

❑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition      in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the date and time specified below.
**Records on:** portnoy@sbcglobal.net
**DOB:**
**SSN:** XXX-XX-
**(See Attached)**

| PLACE | DATE AND TIME | |
|---|---|---|
| Unisource Discovery 2698 Junipero Ave. #200 Signal Hill, CA 90755 | 02/15/12 | 10am |

❑  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAIINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Defendant | 01/17/12 |

| ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER | |
|---|---|
| John Lavra Longyear, O'Dea & Lavra 3620 American River Dr., # 230 Sacramento, CA  95864 | 916-974-8500 |

(see Rule 45, Federal Rules of Civil Procedure, parts C&D on reverse)

AO 88 (Rev.11/94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED |  |  |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS:

(7)   A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(8)

a. A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspections of premises need not appear in person at the place of productions or inspection unless commanded to appear for deposition, hearing or trial.

b. Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service, serve upon the party or attorney designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the productions. Such an order to comply productions shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(9)

a. On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

i. Fails to allow reasonable time for compliance.

ii. Requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

iii. Requires disclosure of privileged of other protected matter and no exception or waiver applies, or

iv. Subjects a person to undue burden.

b. If a subpoena

i. Requires disclosure of a trade secret or other confidential research, development or commercial information, or

ii. Requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

iii. Requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonable compensated, the court may order appearance or production only upon specific conditions.

(D) DUTIES IN RESPONDING TO SUBPOENA

iv. A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in demand.

v. When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as a trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**Records on:** portnoy@sbcglobal.net

## **Attachment**

INTERNET ACCOUNT INFORMATION FROM SBC GLOBAL REGARDING DOMAIN:
PORTNOY@SBCGLOBAL.NET. ANY AND ALL INFORMATION AND/OR DOCUMENTS RELATING TO
NAME, ADDRESS, AND CONTACT INFORMATION OF THE PERSON WHO OPENED THE ACCOUNT.

| Attorney or Party without attorney:<br>**Longyear, O'Dea & Lavra**<br>**3620 American River Dr., # 230**<br>**Sacramento, CA  95864**<br>Attorney for: **Defendants, CITY OF WOODLAND, et al.** | Telephone number:<br>**916-974-8500** | For Court Use Only: |
|---|---|---|
| Name of court: **United States District Court, Eastern District of California**<br>Post office & **Eastern District of California**<br>Street Address: **501 I St. #14-200, Sacramento, CA  95814** | | |
| Plaintiff/Petitioner: **Sergei Portnoy**<br>Defendant/Respondent: **City of Woodland, et al.**<br>Case Number: **CIV S-11-1720 GEB EFB PS** | | |

## Notice of Deposition

**Notice to all Parties and their Attorney(s):**

1. The production of documents by Custodian of Records of businesses will be required as follows:

| | Date | Time |
|---|---|---|
| **SBC Global**<br>, , CA  99999 | **02/15/12** | **10:00 AM** |

**No deposition testimony will be taken,** the deponent need not appear if he or she complies with Evidence Code Sections 1560 through 1566, and Code of Civil Procedure Section 2018 through 2021. True, legible and durable copies of all documents described in the Affidavit supporting the Subpoena Duces Tecum, which are certified by the above named Custodian will be accepted as sufficient compliance by said Custodian.

Date: 01/17/12

John Lavra
_____
(Type or Print Name)

_____
(Signature)
Attorney at Law
(Title)

| Attorney or Party without attorney:<br>**Longyear, O'Dea & Lavra**<br>**3620 American River Dr., # 230**<br>**Sacramento, CA  95864**<br>Attorney: **John Lavra** | Telephone Number:<br>**916-974-8500** | For Court Use Only |
|---|---|---|
| Name of Court: **United States District Court, Eastern District of California**<br>Post Office & **Eastern District of California**<br>Street Address: **501 I St. #14-200, Sacramento, CA 95814** | | |
| Plaintiff/Petitioner: **Sergei Portnoy**<br>Defendant/Respondent: **City of Woodland, et al.** | | |
| **AFFIDAVIT FOR SUBPOENA DUCES TECUM** | | Case Number: **CIV S-11-1720 GEB EFB PS** |

**1. Custodians for the following businesses are requested to produce records at: (see subpoena item 1)**
**SBC Global**

**2. Custodian has possession and control of the following records:**

 Internet account information from SBC Global regarding domain: portnoy@sbcglobal.net. Any and all information and/or documents relating to name, address, and contact information of the person who opened the account.

    **Records of:** portnoy@sbcglobal.net
    **Date of Birth:**
    **Social Security #:** XXX-XX-
    **AKA:**

**3. These records are material to the issues in this case.**
    These records are material to the issues in this case in that they are necessary and relevant to prove the nature and extent of injuries and/or damages alleged by the plaintiff in this lawsuit.

**4. Good cause exists for their production.**
    Good cause exists for their production under Subpoena Duces Tecum in that they contain factual information relating to the nature and extent of injuries and/or damages alleged by the plaintiff in this lawsuit.

**I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on 01/17/12.**

| John Lavra | |S| John Lavra |
|---|---|
| Name of  Declarant | Signature of Declarant |

**Affidavit for Subpoena Duces Tecum**

AO 88 (Rev.11/94) Subpoena in a Civil Case

Issued by the

# United States District Court

EASTERN DISTRICT OF CALIFORNIA

Sergei Portnoy

Plaintiff(s),

IX.

City of Woodland, et al.

Defendant(s)

**SUBPOENA IN A CIVIL CASE**

**Case Number:** CIV S-11-1720 GEB EFB PS

TO:  Department of Motor Vehicles (Legal Affairs) - 1

❑   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

❑   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition       in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the date and time specified below.
**Records on:** Sergei Portnoy
**DOB:**        57
**SSN:** XXX-XX-
**(See Attached)**

| PLACE Unisource Discovery 2698 Junipero Ave. #200 Signal Hill, CA 90755 | DATE AND TIME 02/15/12          10am |
|---|---|

❑       YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAIINTIFF OR DEFENDANT) Attorney for Defendant | DATE 01/17/12 |
|---|---|
| ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER John Lavra Longyear, O'Dea & Lavra 3620 American River Dr., # 230 Sacramento, CA  95864 | 916-974-8500 |

(see Rule 45, Federal Rules of Civil Procedure, parts C&D on reverse)

AO 88 (Rev.11/94) Subpoena in a Civil Case

| PROOF OF SERVICE | | |
|---|---|---|
| | DATE | PLACE |
| SERVED | | |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

           DATE                              SIGNATURE OF SERVER

                                                  ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS:

(13) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(14)

a. A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspections of premises need not appear in person at the place of productions or inspection unless commanded to appear for deposition, hearing or trial.

b. Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service, serve upon the party or attorney designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the productions. Such an order to comply productions shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(15)

a. On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

i. Fails to allow reasonable time for compliance.

ii. Requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

iii. Requires disclosure of privileged of other protected matter and no exception or waiver applies, or

iv. Subjects a person to undue burden.

b. If a subpoena

i. Requires disclosure of a trade secret or other confidential research, development or commercial information, or

ii. Requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

iii. Requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonable compensated, the court may order appearance or production only upon specific conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA

iv. A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in demand.

v. When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as a trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**Records on:** Sergei Portnoy

## Attachment

DRIVERS LICENSE NUMBER: A9240890, LICENSE APPLICATIONS, VEHICLE REGISTRATION RECORDS, VEHICLE LICENSES, SIGNATURE CARDS, PHOTOGRAPHS, AND ALL DOCUMENTS RELATED TO SERGEI PORTNOY FROM ALL CALIFORNIA DEPARTMENT OF MOTOR VEHICLES.

| Attorney or Party without attorney:<br>**Longyear, O'Dea & Lavra**<br>**3620 American River Dr., # 230**<br>**Sacramento, CA  95864**<br>Attorney for: **Defendants, CITY OF WOODLAND, et al.** | Telephone number:<br>**916-974-8500** | For Court Use Only: |
|---|---|---|
| Name of court: **United States District Court, Eastern District of California**<br>Post office & **Eastern District of California**<br>Street Address: **501 I St. #14-200, Sacramento, CA  95814** | | |
| Plaintiff/Petitioner: **Sergei Portnoy**<br>Defendant/Respondent: **City of Woodland, et al.**<br>Case Number: **CIV S-11-1720 GEB EFB PS** | | |
| **Notice of Deposition** | | |

**Notice to all Parties and their Attorney(s):**

1. The production of documents by Custodian of Records of businesses will be required as follows:

|  | Date | Time |
|---|---|---|
| **Department of Motor Vehicles (Legal Affairs) - 1**<br>ATTN: Custodian of Records, 2415 1st Ave., 5th Fl., Sacramento, CA  95818 | **02/15/12** | **10:00 AM** |

**No deposition testimony will be taken,** the deponent need not appear if he or she complies with Evidence Code Sections 1560 through 1566, and Code of Civil Procedure Section 2018 through 2021. True, legible and durable copies of all documents described in the Affidavit supporting the Subpoena Duces Tecum, which are certified by the above named Custodian will be accepted as sufficient compliance by said Custodian.

Date: 01/17/12

_____
John Lavra
(Type or Print Name)

_____
(Signature)
Attorney at Law
(Title)

| | | For Court Use Only |
|---|---|---|
| Attorney or Party without attorney: **Longyear, O'Dea & Lavra** 3620 American River Dr., # 230 Sacramento, CA 95864 Attorney: **John Lavra** | Telephone Number: **916-974-8500** | |

Name of Court: **United States District Court, Eastern District of California**
Post Office & **Eastern District of California**
Street Address: **501 I St. #14-200, Sacramento, CA 95814**

Plaintiff/Petitioner: **Sergei Portnoy**
Defendant/Respondent: **City of Woodland, et al.**

| **AFFIDAVIT FOR SUBPOENA DUCES TECUM** | Case Number: **CIV S-11-1720 GEB EFB PS** |
|---|---|

**1. Custodians for the following businesses are requested to produce records at: (see subpoena item 1)**
Department of Motor Vehicles (Legal Affairs) - 1

**2. Custodian has possession and control of the following records:**

Drivers license number: A9240890, license applications, vehicle registration records, vehicle licenses, signature cards, photographs, and all documents related to Sergei Portnoy from all California Department of Motor Vehicles.

**Records of:** Sergei Portnoy
**Date of Birth:**          57
**Social Security #:** XXX-XX-
**AKA:**

**3. These records are material to the issues in this case.**
These records are material to the issues in this case in that they are necessary and relevant to prove the nature and extent of injuries and/or damages alleged by the plaintiff in this lawsuit.

**4. Good cause exists for their production.**
Good cause exists for their production under Subpoena Duces Tecum in that they contain factual information relating to the nature and extent of injuries and/or damages alleged by the plaintiff in this lawsuit.

**I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on 01/17/12.**

| John Lavra | |S| John Lavra |
|---|---|
| Name of Declarant | Signature of Declarant |

90037-5

| | |
|---|---|
| Attorney or Party without attorney *(Name and Address):*<br>**Longyear, O'Dea & Lavra**<br>**3620 American River Dr., # 230**<br>**Sacramento, CA  95864**<br>Attorney for (Name): **Defendants, CITY OF WOODLAND, et al.** | |
| Name of court: **United States District Court, Eastern District of California**<br>Post Office and **Eastern District of California**<br>Street Address: **501 I St. #14-200, Sacramento, CA  95814** | Case Number: **CIV S-11-1720 GEB EFB PS** |
| Plaintiff/Petitioner: **Sergei Portnoy**<br>Defendant/Respondent: **City of Woodland, et al.** | |
| <div align="center">**Notice to Consumer or Employee and Objection**<br>**(Code Civ. Proc., §§ 1985.3, 1985.6)**</div> | |

<div align="center">

**Notice to Consumer or Employee**

</div>

To *(name):* Sergei Portnoy

1. PLEASE TAKE NOTICE THAT **requesting party: Longyear, O'Dea & Lavra** SEEKS YOUR RECORDS FOR EXAMINATION by the parties to this action on : **02/15/12**

The records are described in the subpoena directed to **witness:**   **Department of Motor Vehicles (Legal Affairs)**
- 1

**5th Fl.**

**ATTN: Custodian of Records, 2415 1st Ave.,**

**Sacramento, CA  95818**

A copy of the Subpoena is attached.

2. IF YOU OBJECT to the production of these records, YOU MUST DO ONE OF THE FOLLOWING BEFORE THE DATE SPECIFIED. IN ITEM a. OR b. BELOW:

   a. If you are a party to the above-entitled action, you must file a motion pursuant to Code of Civil Procedure section 1987.1 to quash or modify the Subpoena and give notice of that motion to the **witness** and the **deposition officer** named in the subpoena at least five days before the date set for production of the records.

   b. If you are not a party to this action, you must serve on the **requesting party** and on the **witness,** before the date set for production of the records, a written objection that states the specific grounds on which the production of such records should be prohibited. You may use the form below to object and state the grounds for you objection. The objection should not be filed with the court. **WARNING:** IF YOUR OBJECTION IS NOT RECIEVED BEFORE THE DATESPECIFIED IN ITEM 1, YOUR RECORDS MAY BE PRODUCED AND MAY BE AVAILABLE TO ALL PARTIES.

3. YOU OR YOUR ATTORNEY MAY CONTACT THE UNDERSIGNED to determine whether an agreement can be reached in writing to cancel or limit the scope of the subpoena. If no such agreement is reached, and if you are not otherwise represented by an attorney in this action, YOU SHOULD CONSULT AN ATTORNEY TO ADVISE YOU OF YOUR RIGHTS OF PRIVACY.

| **John Lavra** | **01/17/12** | |
|---|---|---|
| (Type or Print Name) | Date Issued | (Signature of ☐ requesting party ☒ attorney) |

<div align="center">

**Objection by Non-Party to Production of Records**

</div>

1. ☐ I object to the production of all my records specified in the subpoena.

2. ☐ I object to only the production of the following specified records

3. The specific grounds for my objection are as follows:

Date:

| | |
|---|---|
| (Type or Print Name) | (Signature) |

<div align="center">(See attached for Proof of Service)</div>

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUBP-025 (Rev. January 1, 2007) | **Notice to Consumer or Employee and Objection** | Code of Civil Procedure,<br>§§ 1985.3, 1985.6, 2020<br>2020.010-202.510<br>www.courtinfo.ca.gov |
|---|---|---|

| Plaintiff/Petitioner: **Sergei Portnoy** | |
|---|---|
| Defendant/Respondent: **City of Woodland, et al.** | Case Number: **CIV S-11-1720 GEB EFB PS** |

## Proof of Service of Notice to Consumer or Employee and Objection
### (Code Civ. Proc., 1985.3, 1985.6)
☐ Personal Service   ☒ Mail

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**
2. I served a copy  of the Notice to Consumer or Employee and Objection as follows (check either a or b):

   a. __   **Personal Service.** I personally delivered the Notice to Consumer or Employee and Objection as follows:

   b. X   **Mail.** I deposited the Notice to Consumer or Employee and Objection in the United States mail, in a sealed envelope
      with postage fully prepaid. The envelope was addressed as follows:
      **Sergei  Portnoy, In Pro Per**                          **01/17/12**
      **125 Kern Avenue, Woodland, CA  95695**
      **Sergei Portnoy**

   I am a resident of or employed in the county where the Notice to Consumer or Employee and Objection was mailed.
   c. My residence or business address is: 2698 Junipero Ave. #200  Signal Hill, CA  90755.
   d. My phone number is (specify): (888) 242-0112

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: **01/17/12**

<table>
<tr><td>    <u>Katherine H. Searl</u></td><td><u>|S| Katherine H. Searl</u></td></tr>
<tr><td>(Type or print name of person who served )</td><td>(Signature of person who served)</td></tr>
</table>

## Proof of Service of Objection to Production of Records
### (Code Civ. Proc., §§ 1985.3, 1985.6)
☐ Personal Service   ☐ Mail

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**
2. I served a copy of the *Objection to Production of Records* as follows (complete either a or b):
   a. ON THE REQUESTING PARTY
      (1) ☐ **Personal Service.** I personally delivered the *Objection to Production of Records* as follows:
         (i)   Name of Person Served:               (iii)  Date Served:
         (ii)  Address Where Served:              (iv)  Time Served:

      (2) ☐ **Mail.** I deposited the *Objection to Production of Records* in the United States mail, in a sealed envelope
         with postage fully prepaid.  The envelope was addressed as follows:
         (i)   Name of Person Served:               (iii)  Date of Mailing:
         (ii)  Address:                             (iv)  Place of Mailing (City and State):

         (v)   I am a resident of or employed in the county where the *Objection to Production of Records* was mailed.

   b. ON THE WITNESS
      (1) ☐ **Personal Service.** I personally delivered the *Objection to Production of Records* as follows:
         (i)   Name of Person Served:               (iii)  Date Served:
          (ii)  Address where Served:              (iv)  Time Served:

      (2) ☐ **Mail.** I deposited the *Objection to Production of Records* in the United States mail, in a sealed envelope
         with postage fully prepaid. The envelope was addressed as follows:
         (i)   Name of Person Served:               (iii)  Date of Mailing:
         (ii)  Address:                             (iv)  Place of Mailing (*City and State*):

         (v)   I am a resident of or employed in the county where the *Objection to Production of Records* was mailed.

   c. My residence or business address is (specify):

   d. My phone number is (specify):

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:

<table>
<tr><td>(Type or print name of person who served )</td><td>(Signature of person who served )</td></tr>
</table>

AO 88 (Rev.11/94) Subpoena in a Civil Case

Issued by the

# United States District Court

EASTERN DISTRICT OF CALIFORNIA

Sergei Portnoy

Plaintiff(s),

X.

City of Woodland, et al.

Defendant(s)

**SUBPOENA IN A CIVIL CASE**

**Case Number:** CIV S-11-1720 GEB EFB PS

TO: Department of Motor Vehicles (Legal Affairs) - 1

❏   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

❏   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition       in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the date and time specified below.
**Records on:** Elena Portnoy
**DOB:**      71
**SSN:** XXX-XX-
**(See Attached)**

| PLACE<br>Unisource Discovery<br>2698 Junipero Ave. #200<br>Signal Hill, CA 90755 | DATE AND TIME<br>02/15/12 | 10am |
|---|---|---|

❏   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Defendant | 01/17/12 |

| ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER<br>John Lavra<br>Longyear, O'Dea & Lavra<br>3620 American River Dr., # 230<br>Sacramento, CA  95864 | 916-974-8500 |
|---|---|

(see Rule 45, Federal Rules of Civil Procedure, parts C&D on reverse)

AO 88 (Rev.11/94) Subpoena in a Civil Case

---

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS:

(16) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(17)

a. A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspections of premises need not appear in person at the place of productions or inspection unless commanded to appear for deposition, hearing or trial.

b. Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service, serve upon the party or attorney designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the productions. Such an order to comply productions shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(18)

a. On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

i. Fails to allow reasonable time for compliance.

ii. Requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

iii. Requires disclosure of privileged of other protected matter and no exception or waiver applies, or

iv. Subjects a person to undue burden.

b. If a subpoena

i. Requires disclosure of a trade secret or other confidential research, development or commercial information, or

ii. Requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

iii. Requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonable compensated, the court may order appearance or production only upon specific conditions.

(D) DUTIES IN RESPONDING TO SUBPOENA

iv. A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in demand.

v. When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as a trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**Records on:** Elena Portnoy

**<u>Attachment</u>**


DRIVERS LICENSE NUMBER: D2499650, LICENSE APPLICATIONS, VEHICLE REGISTRATION RECORDS, VEHICLE LICENSES, SIGNATURE CARDS, PHOTOGRAPHS, AND ALL DOCUMENTS RELATED TO ELENA PORTNOY FROM ALL CALIFORNIA DEPARTMENT OF MOTOR VEHICLE LOCATIONS.

| Attorney or Party without attorney:<br>**Longyear, O'Dea & Lavra**<br>**3620 American River Dr., # 230**<br>**Sacramento, CA  95864**<br>Attorney for: **Defendants, CITY OF WOODLAND, et al.** | Telephone number:<br>**916-974-8500** | For Court Use Only: |
|---|---|---|
| Name of court: **United States District Court, Eastern District of California**<br>Post office & **Eastern District of California**<br>Street Address: **501 I St. #14-200, Sacramento, CA  95814** | | |
| Plaintiff/Petitioner: **Sergei Portnoy**<br>Defendant/Respondent: **City of Woodland, et al.**<br>Case Number: **CIV S-11-1720 GEB EFB PS** | | |

## Notice of Deposition

**Notice to all Parties and their Attorney(s):**

1. The production of documents by Custodian of Records of businesses will be required as follows:

| | Date | Time |
|---|---|---|
| **Department of Motor Vehicles (Legal Affairs) - 1**<br>ATTN: Custodian of Records, 2415 1st Ave., 5th Fl., Sacramento, CA  95818 | **02/15/12** | **10:00 AM** |

**No deposition testimony will be taken,** the deponent need not appear if he or she complies with Evidence Code Sections 1560 through 1566, and Code of Civil Procedure Section 2018 through 2021. True, legible and durable copies of all documents described in the Affidavit supporting the Subpoena Duces Tecum, which are certified by the above named Custodian will be accepted as sufficient compliance by said Custodian.

Date: 01/17/12

John Lavra
_____
(Type or Print Name)

_____
(Signature)
Attorney at Law
(Title)

| Attorney or Party without attorney:<br>**Longyear, O'Dea & Lavra**<br>**3620 American River Dr., # 230**<br>**Sacramento, CA  95864**<br>Attorney: **John Lavra** | Telephone Number:<br>**916-974-8500** | For Court Use Only |
|---|---|---|
| Name of Court: **United States District Court, Eastern District of California**<br>Post Office & **Eastern District of California**<br>Street Address: **501 I St. #14-200, Sacramento, CA 95814** | | |
| Plaintiff/Petitioner: **Sergei Portnoy** | | |
| Defendant/Respondent: **City of Woodland, et al.** | | |
| **AFFIDAVIT FOR SUBPOENA DUCES TECUM** | Case Number: **CIV S-11-1720 GEB EFB PS** | |

**1. Custodians for the following businesses are requested to produce records at: (see subpoena item 1)**
**Department of Motor Vehicles (Legal Affairs) - 1**

**2. Custodian has possession and control of the following records:**

Drivers license number: D2499650, license applications, vehicle registration records, vehicle licenses, signature cards, photographs, and all documents related to Elena Portnoy from all California Department of Motor Vehicle locations.

    **Records of:** Elena Portnoy
    **Date of Birth:**    71
    **Social Security #:** XXX-XX-
    **AKA:**

**3. These records are material to the issues in this case.**
These records are material to the issues in this case in that they are necessary and relevant to prove the nature and extent of injuries and/or damages alleged by the plaintiff in this lawsuit.

**4. Good cause exists for their production.**
Good cause exists for their production under Subpoena Duces Tecum in that they contain factual information relating to the nature and extent of injuries and/or damages alleged by the plaintiff in this lawsuit.

**I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on 01/17/12.**

| John Lavra | |S| John Lavra |
|---|---|
| Name of  Declarant | Signature of Declarant |

AO 88 (Rev.11/94) Subpoena in a Civil Case

Issued by the

# United States District Court

EASTERN DISTRICT OF CALIFORNIA

Sergei Portnoy

Plaintiff(s),

Xl.

City of Woodland, et al.

Defendant(s)

**SUBPOENA IN A CIVIL CASE**

**Case Number:**  CIV S-11-1720 GEB EFB PS

TO:  Department of Motor Vehicles (Legal Affairs) - 1

❑    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

❑    YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition       in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the date and time specified below.
**Records on:** Karina Arutyunova
**DOB:**      63
**SSN:** XXX-XX-2082
**(See Attached)**

| PLACE<br>Unisource Discovery<br>2698 Junipero Ave. #200<br>Signal Hill, CA 90755 | DATE AND TIME<br>02/15/12            10am |
|---|---|

❑    YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>                                                 Attorney for Defendant | DATE<br>01/17/12 |
|---|---|
| ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER<br>John Lavra<br>Longyear, O'Dea & Lavra<br>3620 American River Dr., # 230<br>Sacramento, CA  95864 | 916-974-8500 |

(see Rule 45, Federal Rules of Civil Procedure, parts C&D on reverse)

AO 88 (Rev.11/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

                                 DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS:

(19) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(20)

a. A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspections of premises need not appear in person at the place of productions or inspection unless commanded to appear for deposition, hearing or trial.

b. Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service, serve upon the party or attorney designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the productions. Such an order to comply productions shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(21)

a. On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

i. Fails to allow reasonable time for compliance.

ii. Requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

iii. Requires disclosure of privileged of other protected matter and no exception or waiver applies, or

iv. Subjects a person to undue burden.

b. If a subpoena

i. Requires disclosure of a trade secret or other confidential research, development or commercial information, or

ii. Requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

iii. Requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonable compensated, the court may order appearance or production only upon specific conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA

iv. A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in demand.

v. When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as a trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**Records on:** Karina Arutyunova

**<u>Attachment</u>**

DRIVERS LICENSE NUMBER: A9240889, LICENSE APPLICATIONS, VEHICLE REGISTRATION
RECORDS, VEHICLE LICENSES, SIGNATURE CARDS, PHOTOGRAPHS, AND ALL DOCUMENTS
RELATED TO KARINA ARUTYUNOVA FROM ALL CALIFORNIA DEPARTMENT OF MOTOR VEHICLE
LOCATIONS.

| Attorney or Party without attorney:<br>**Longyear, O'Dea & Lavra**<br>**3620 American River Dr., # 230**<br>**Sacramento, CA  95864**<br>Attorney for: **Defendants, CITY OF WOODLAND, et al.** | Telephone number:<br>**916-974-8500** | For Court Use Only: |
|---|---|---|
| Name of court: **United States District Court, Eastern District of California**<br>Post office & **Eastern District of California**<br>Street Address: **501 I St. #14-200, Sacramento, CA  95814** | | |
| Plaintiff/Petitioner: **Sergei Portnoy**<br>Defendant/Respondent: **City of Woodland, et al.**<br>Case Number: **CIV S-11-1720 GEB EFB PS** | | |
| **Notice of Deposition** | | |

**Notice to all Parties and their Attorney(s):**

1. The production of documents by Custodian of Records of businesses will be required as follows:

|  | Date | Time |
|---|---|---|
| **Department of Motor Vehicles (Legal Affairs) - 1**<br>ATTN: Custodian of Records, 2415 1st Ave., 5th Fl., Sacramento, CA  95818 | 02/15/12 | 10:00 AM |

**No deposition testimony will be taken,** the deponent need not appear if he or she complies with Evidence Code Sections 1560 through 1566, and Code of Civil Procedure Section 2018 through 2021. True, legible and durable copies of all documents described in the Affidavit supporting the Subpoena Duces Tecum, which are certified by the above named Custodian will be accepted as sufficient compliance by said Custodian.

Date: 01/17/12

John Lavra
_____
(Type or Print Name)

_____
(Signature)
Attorney at Law
(Title)

| Attorney or Party without attorney:<br>**Longyear, O'Dea & Lavra**<br>**3620 American River Dr., # 230**<br>**Sacramento, CA  95864**<br>Attorney: **John Lavra** | Telephone Number:<br>**916-974-8500** | For Court Use Only |
|---|---|---|
| Name of Court: **United States District Court, Eastern District of California**<br>Post Office & **Eastern District of California**<br>Street Address: **501 I St. #14-200, Sacramento, CA 95814** | | |
| Plaintiff/Petitioner: **Sergei Portnoy**<br>Defendant/Respondent: **City of Woodland, et al.** | | |
| **AFFIDAVIT FOR SUBPOENA DUCES TECUM** | Case Number: **CIV S-11-1720 GEB EFB**<br>**PS** | |

**1. Custodians for the following businesses are requested to produce records at: (see subpoena item 1)**
**Department of Motor Vehicles (Legal Affairs) - 1**

**2. Custodian has possession and control of the following records:**

Drivers license number: A9240889, License applications, vehicle registration records, vehicle licenses, signature cards, photographs, and all documents related to Karina Arutyunova from all California Department of Motor Vehicle locations.

    **Records of:** Karina Arutyunova
    **Date of Birth:**    '63
    **Social Security #:** XXX-XX-2082
    **AKA:**

**3. These records are material to the issues in this case.**
These records are material to the issues in this case in that they are necessary and relevant to prove the nature and extent of injuries and/or damages alleged by the plaintiff in this lawsuit.

**4. Good cause exists for their production.**
Good cause exists for their production under Subpoena Duces Tecum in that they contain factual information relating to the nature and extent of injuries and/or damages alleged by the plaintiff in this lawsuit.

**I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on 01/17/12.**

| John Lavra | |S| John Lavra |
|---|---|
| Name of Declarant | Signature of Declarant |

AO 88 (Rev.11/94) Subpoena in a Civil Case

Issued by the

# United States District Court

EASTERN DISTRICT OF CALIFORNIA

Sergei Portnoy

Plaintiff(s),

XII.

City of Woodland, et al.

Defendant(s)

**SUBPOENA IN A CIVIL CASE**

**Case Number:** CIV S-11-1720 GEB EFB PS

TO:  Employment Development Department - 1

❑    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

❑    YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition      in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the date and time specified below.
**Records on:** Karina Arutyunova
**DOB:**      63
**SSN:** XXX-XX-2082
**(See Attached)**

| PLACE<br>Unisource Discovery<br>2698 Junipero Ave. #200<br>Signal Hill, CA 90755 | DATE AND TIME<br>02/15/12 | <br>10am |
|---|---|---|

❑    YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>                                                    Attorney for Defendant | DATE<br>01/17/12 |
|---|---|
| ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER<br>John Lavra<br>Longyear, O'Dea & Lavra<br>3620 American River Dr., # 230<br>Sacramento, CA  95864 | <br>916-974-8500 |

(see Rule 45, Federal Rules of Civil Procedure, parts C&D on reverse)

AO 88 (Rev.11/94) Subpoena in a Civil Case

| PROOF OF SERVICE | | |
|---|---|---|
| | DATE | PLACE |
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS:

(22) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(23)

a. A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspections of premises need not appear in person at the place of productions or inspection unless commanded to appear for deposition, hearing or trial.

b. Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service, serve upon the party or attorney designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the productions. Such an order to comply productions shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(24)

a. On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

i. Fails to allow reasonable time for compliance.

ii. Requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

iii. Requires disclosure of privileged of other protected matter and no exception or waiver applies, or

iv. Subjects a person to undue burden.

b. If a subpoena

i. Requires disclosure of a trade secret or other confidential research, development or commercial information, or

ii. Requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

iii. Requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonable compensated, the court may order appearance or production only upon specific conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA

iv. A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in demand.

v. When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as a trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**Records on:** Karina Arutyunova

## Attachment

ALL RECORDS RELATED TO ANY APPLICATION FOR UNEMPLOYMENT BENEFITS, UNEMPLOYMENT CHECKS, OR CORRESPONDENCE, AND/OR RELATED WRITINGS PERTAINING TO KARINA ARUTYUNOVA (DOB:          1963, SSN#:          2082).

| Attorney or Party without attorney:<br>**Longyear, O'Dea & Lavra**<br>**3620 American River Dr., # 230**<br>**Sacramento, CA  95864**<br>Attorney for: **Defendants, CITY OF WOODLAND, et al.** | Telephone number:<br>**916-974-8500** | For Court Use Only: |
|---|---|---|
| Name of court: **United States District Court, Eastern District of California**<br>Post office & **Eastern District of California**<br>Street Address: **501 I St. #14-200, Sacramento, CA  95814** | | |
| Plaintiff/Petitioner: **Sergei Portnoy**<br>Defendant/Respondent: **City of Woodland, et al.**<br>Case Number: **CIV S-11-1720 GEB EFB PS** | | |
| **Notice of Deposition** | | |

**Notice to all Parties and their Attorney(s):**

1. The production of documents by Custodian of Records of businesses will be required as follows:

|  | Date | Time |
|---|---|---|
| **Employment Development Department - 1**<br>800 Capitol Mall Rm. 5020, #5035, Sacramento, CA  95814 | **02/15/12** | **10:00 AM** |

**No deposition testimony will be taken,** the deponent need not appear if he or she complies with Evidence Code Sections 1560 through 1566, and Code of Civil Procedure Section 2018 through 2021. True, legible and durable copies of all documents described in the Affidavit supporting the Subpoena Duces Tecum, which are certified by the above named Custodian will be accepted as sufficient compliance by said Custodian.

Date: 01/17/12

John Lavra
(Type or Print Name)

_____
(Signature)
Attorney at Law
(Title)

| | | |
|---|---|---|
| Attorney or Party without attorney:<br>**Longyear, O'Dea & Lavra**<br>**3620 American River Dr., # 230**<br>**Sacramento, CA  95864**<br>Attorney: **John Lavra** | Telephone Number:<br>**916-974-8500** | For Court Use Only |
| Name of Court: **United States District Court, Eastern District of California**<br>Post Office & **Eastern District of California**<br>Street Address: **501 I St. #14-200, Sacramento, CA 95814** | | |
| Plaintiff/Petitioner: **Sergei Portnoy**<br>Defendant/Respondent: **City of Woodland, et al.** | | |
| <div align="center">**AFFIDAVIT FOR SUBPOENA DUCES TECUM**</div> | Case Number: **CIV S-11-1720 GEB EFB PS** | |

1. **Custodians for the following businesses are requested to produce records at: (see subpoena item 1)**
**Employment Development Department - 1**

2. **Custodian has possession and control of the following records:**

 All records related to any application for unemployment benefits, unemployment checks, or correspondence, and/or related writings pertaining to Karina Arutyunova (DOB:      1963, SSN#:      2082).

 **Records of:** Karina Arutyunova
 **Date of Birth:**       '63
 **Social Security #:** XXX-XX-2082
 **AKA:**

3. **These records are material to the issues in this case.**
 These records are material to the issues in this case in that they are necessary and relevant to prove the nature and extent of injuries and/or damages alleged by the plaintiff in this lawsuit.

4. **Good cause exists for their production.**
 Good cause exists for their production under Subpoena Duces Tecum in that they contain factual information relating to the nature and extent of injuries and/or damages alleged by the plaintiff in this lawsuit.

**I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on 01/17/12.**

| | |
|---|---|
| John Lavra | |S| John Lavra |
| Name of Declarant | Signature of Declarant |