IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGEI PORTNOY,

       Plaintiff,               No. CIV S-11-1720 GEB EFB PS

     vs.

CITY OF WOODLAND; DETECTIVE
TOWLE #883; OFFICER CHAN # 806;
OFFICER DROBISH #859,

       Defendants.            ORDER

_____/

      On February 29, 2011, the court heard plaintiff's motions to quash numerous subpoenas issued by defendants in this action, as well as a related request by defendants for an order requiring the California Employment Development Department ("EDD") to release the records defendants subpoenaed from EDD.  Dckt. Nos. 22, 25, 28, 29.  Attorney Amanda Butts appeared at the hearing on behalf of defendant; plaintiff appeared pro se.

      Motions to Quash/Request for Release of EDD Records

      As stated on the record, and for the reasons stated on the record, plaintiff's motions to quash are granted in part and denied in part, and defendants' request for an order requiring EDD to release records to defendants is denied, as follows:

////

1

1. Plaintiff's motion to quash the subpoena issued to USAA Federal Savings Bank on January 17, 2012, seeking information regarding a bank account belonging to Karina Arutyunova, account # XXXX-X021-4, Dckt. No. 22 at 8-13, is granted in part and denied in part. The current subpoena shall be withdrawn, but defendants may issue an amended subpoena limiting the records requested to documents relating to the origination of the specified account including applications, signature cards, and initial account activity.

2. Plaintiff's motion to quash the subpoena issued to River City Bank on January 31, 2012, seeking information regarding bank account belonging to Elena Portnoy, account # XXXXX4507, Dckt. No. 25 at 7-12, is granted in part and denied in part. The current subpoena shall be withdrawn, but defendants may issue an amended subpoena limiting the records requested to documents relating to the origination of the specified account including applications, signature cards, and initial account activity.[1]

3. Plaintiff's motion to quash the subpoena issued to SBC Global on January 17, 2012, seeking information regarding the portnoy@sbcglobal.net email account, Dckt. No. 22 at 20-25, is granted in part and denied in part. The current subpoena shall be withdrawn, but defendants may issue an amended subpoena limiting the records requested to documents relating to the origination of the specified electronic mail account and/or relating to the USAA Federal Savings Bank account of Karina Arutyunova mentioned above.

4. Plaintiff's motion to quash the three subpoenas defendants issued to the California Department of Motor Vehicles ("DMV"), seeking DMV records for plaintiff, Elena Portnoy, and Karina Arutyunova, is granted without prejudice. *See* Dckt. No. 22 at 26-33, 34-39, and 40-45. Defendants may issue amended subpoenas for DMV records containing signature information if they can demonstrate that such information is not contained in their current records.

---

[1] At the hearing, defense counsel indicated that the earlier subpoena that defendants issued to River City Bank and which plaintiff also moved to quash, Dckt. No. 22 at 14-19, has been withdrawn. Therefore, plaintiff's motion to quash that subpoena is denied as moot.

5.  Plaintiff's motion to quash the subpoena issued to California Employment Development Department on January 17, 2012, seeking Karina Arutyunova's unemployment records, Dckt. No. 22 at 46-51, is granted without prejudice.

6.  Defendants' request for an order requiring the California Employment Development Department to release Karina Arutyunova's unemployment records is denied without prejudice. Defendants may file a motion for a court order for the production of the records sought upon a detailed showing of the relevancy of the documents, and that the need for the documents outweighs the asserted privacy interests.  Any such motion shall also identify all efforts defendants have made to notify Karina Arutyunova of their request and/or to obtain her consent to the release of the requested records.

Redaction of Personal Data Identifiers

Additionally, as indicated at the hearing, many of the documents filed in connection with plaintiff's motions to quash contain unredacted bank account numbers, dates of birth, and social security numbers.  Local Rule 140(a) provides that "pursuant to the Judicial Conference Policy on Privacy and Electronic Access to Case Files, and the E-Government Act of 2002, Pub. L. No. 107-347, effective April 16, 2003, when filing documents, counsel and the Court shall omit or, where reference is necessary, partially redact the following personal data identifiers from all pleadings, documents, and exhibits, whether filed electronically or on paper, unless the Court orders otherwise: (I) Minors' names: . . . in civil actions use initials when federal or state law require the use of initials, or when the specific identity of the minor is not necessary to the action or individual document; (ii) Financial account numbers: Identify the name or type of account and the financial institution where maintained, but use only the last four numbers of the account number; (iii) Social Security numbers: Use only the last four numbers; (iv) Dates of birth: Use only the year . . . .").  E.D. Cal. L.R. 140(a).  Accordingly, the Clerk of Court is directed to redact all dates of birth to include only the year and all social security numbers and financial account numbers to include only the last four numbers, as follows:

3

1   •     Bank account number listed in paragraph 1, Dckt. No. 22 at 3;

2   •     Bank account number listed in paragraph 2, Dckt. No. 22 at 3;

3   •     Date of birth listed in paragraph 7, Dckt. No. 22 at 4;

4   •     Social security number listed in paragraph 7, Dckt. No. 22 at 4;

5   •     Bank account number listed in paragraph 1, Dckt. No. 22 at 3;

6   •     Date of birth, Dckt. No. 22 at 8;

7   •     Bank account number, Dckt. No. 22 at 11;

8   •     Bank account number, Dckt. No. 22 at 13;

9   •     Date of birth, Dckt. No. 22 at 13;

10  •     Date of birth, Dckt. No. 22 at 14;

11  •     Bank account number, Dckt. No. 22 at 17;

12  •     Bank account number, Dckt. No. 22 at 19;

13  •     Date of birth, Dckt. No. 22 at 19;

14  •     Date of birth, Dckt. No. 22 at 26;

15  •     Date of birth, Dckt. No. 22 at 31;

16  •     Date of birth, Dckt. No. 22 at 34;

17  •     Date of birth, Dckt. No. 22 at 39;

18  •     Date of birth, Dckt. No. 22 at 40;

19  •     Date of birth, Dckt. No. 22 at 45;

20  •     Date of birth, Dckt. No. 22 at 46;

21  •     Date of birth, Dckt. No. 22 at 49;

22  •     Social security number, Dckt. No. 22 at 49;

23  •     Two references to the date of birth, Dckt. No. 22 at 51;

24  •     Social security number, Dckt. No. 22 at 51;

25  •     Bank account number, Dckt. No. 25 at 3;

26  •     Date of birth, Dckt. No. 25 at 7;

4

1 • Bank account number, Dckt. No. 25 at 10;

2 • Bank account number, Dckt. No. 25 at 12; and

3 • Date of birth, Dckt. No. 25 at 12.

4      SO ORDERED.

5 DATED:   March 12, 2012.

6                 EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26