JOHN LAVRA, CSB No. 114533
JERI PAPPONE, CSB No. 210104
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendants

SERGI PORTNOY
125 Kern Avenue
Woodland, CA 95695
(530) 666-3076
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SERGEI PORTNOY,** )<br>        )<br>    **Plaintiff,**    )<br>        )<br>v.      )<br>        )<br>**CITY OF WOODLAND; DETECTIVE** )<br>**TOWLE #883; OFFICER CHAN # 806;** )<br>**OFFICER DROBISH #859** )<br>        )<br>    **Defendants.**    )<br>_____ ) | Case No. CIV S-11-1720 GEB EFB PS<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY AND LAW & MOTION DEADLINES** |

   COME NOW THE PARTIES, and subject to the approval of this Court, hereby stipulate and respectfully request that the Discovery closure date currently scheduled for April 16, 2012 be extended to June 16, 2012, and the last date for hearing of law and motion, including dispositive motions, be extended from the current date of June 13, 2012 to July 30, 2012.

   The parties further stipulate that all subsequent dates currently set in this court's scheduling order, remain as set.

   The parties have met and conferred regarding these changes and are in agreement.

Good cause exists for this extension of time as following the hearing on February 29, 2012, on Plaintiff's motion to quash certain subpoenas issued by Defendants, and the subsequent court order of March 12, 2012, defining the scope of the subpoenas permitted to Defendants, Defendants have reissued subpoenas for the documents so delineated in the court's order. Defendants have no yet received documents pursuant to those subpoenas, and do not anticipate receiving the documents requested prior to the close of discovery.  In addition, the anticipated receipt of documents pursuant to the subpoenas issued will not permit adequate time for the preparation of any dispositive motions by Defendants in accordance with the current scheduling order.  Therefore, the above requested continuance of the deadlines is stipulated to by the parties and requested from the Court.

**IT IS SO STIPULATED.**

Dated: April 4, 2012                    LONGYEAR, O'DEA AND LAVRA, LLP


                                         By:    */s/ Jeri L. Pappone*
                                                JOHN LAVRA
                                                JERI L. PAPPONE
                                                Attorneys for Defendants


Dated: April 4, 2012


                                         By:    */s/ Sergi Portnoy*
                                                PLAINTIFF

**Longyear, O'Dea and Lavra**
3620 American River Drive, Suite 230,
Sacramento, Ca. 95864
Telephone: (916) 974-8500 Facsimile 974-8510

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the status (pretrial scheduling) order, Dckt. No. 20, is modified as follows:

1. All discovery shall be *completed* by June 15, 2012. The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with. Motions to compel discovery must be noticed on the undersigned's calendar in accordance with the Local Rules and must be heard not later than Wednesday, May 16, 2012.

2. All law and motion, except as to discovery, shall be *completed* by Wednesday, July 25, 2012. The word "completed" in this context means that all law and motion matters must be heard by the above date.

Dated: April 5, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE