UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEI PORTNOY,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF WOODLAND, DETECTIVE TOWLE #883, OFFICER CHAN #806, and OFFICER DROBISH #859,<br><br>        Defendants. | No. 2:11-cv-01720-GEB-EFB<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR TRANSCRIPT AT GOVERNMENT EXPENSE** |

        Plaintiff, proceeding pro se and in forma pauperis, is appealing the "final order granting summary judgment [in favor of Defendants] entered in this action on July 1, 2013." (Pl.'s Notice of Appeal, ECF No. 59.) In connection with his appeal, Plaintiff requested a transcript of the December 19, 2013 hearing on the summary judgment motion be prepared (Transcript Order, ECF No. 63), and moves "for preparation of [the] transcript at Government expense." (Pl.'s Mot. for Tr. at Gov't Expense, ECF No. 64.)

        "Production of the transcript at government expense for an appellant in forma pauperis in a civil case is proper under 28 U.S.C. § 753 if a trial judge certifies that the appeal is not frivolous and presents a substantial question." McKinney v. Anderson, 924 F.2d 1500, 1511 (9th Cir. 1991), overruled on other

1  grounds by, 502 U.S. 903 (1991).
2          Here, "Plaintiff fails to specify any basis for his
3  appeal or proffer any . . . argument why the transcript[ is]
4  needed. Under these circumstances, Plaintiff cannot demonstrate
5  his appeal is not frivolous. . . ." Brown v. Kyle, No. 1:04-cv-
6  6539 AWI SKO PC, 2012 WL 6554158, at *1 (E.D. Cal. Dec. 14,
7  2012); see also Foster v. Cole, 467 F. App'x 616, 616 (9th Cir.
8  2012) (citing McKinney, 924 F.2d at 1511-1512)(affirming district
9  court's decision to deny request for production of transcript at
10 government expense where the moving party "did not explain the
11 issues that he would raise on appeal"). Therefore, Plaintiff's
12 motion is DENIED.
13     Dated: September 4, 2013

   GARLAND E. BURRELL, JR.
   Senior United States District Judge

2